UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMRK ENTERPRISES, INC., <br><br>                            Plaintiff, <br><br> -v.- <br><br> SHERIF MARWAN and MOSKY CAPITAL STRATEGIES, <br><br>                            Defendants. | 23 Civ. 09226 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

On October 20, 2023, Plaintiff AMRK Enterprises, Inc. filed the Complaint in this case. ECF No. 1.  On January 22, 2024, the Court ordered that, by February 5, 2024, "Plaintiff file a letter explaining why it failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure—or, if Plaintiff believe[d] that Defendants ha[d] been served, when and in what manner such service was made."  ECF No. 6.  The Court cautioned Plaintiff that if it did not, "by Monday, February 5, 2024, show[] good cause why such service was not made within the 90 days, the Court m[ight] dismiss the case without further notice."  *Id.*  Plaintiff did not file anything by the deadline.

Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: February 9, 2024
       New York, New York

JENNIFER H. REARDEN
United States District Judge